NO. 07-05-0138-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JUNE 14, 2007



______________________________




FIRST STATE BANK, N.A., 



 Appellant


v.



C.D. MORSE D/B/A 38TH & Q AUTO, 



 Appellee

_________________________________



FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2002-519,190; HON. BLAIR CHERRY, JR., PRESIDING


_______________________________



Opinion on Motion for Rehearing


_______________________________



Before QUINN, C.J., CAMPBELL, J., and REAVIS, S.J. (1)

 Pending before the court is First State's motion to "amend notice of appeal to
correct misnomer, for rehearing, and for correction and/or clarification." We grant, in part,
for the reasons which follow and overrule in part. First State contends that because it had
merged with State National Bank, our original opinion dated May 8, 2007, affected both
First State and State National. First State relies on the parties' stipulation that First State
had merged with State National and the trial court's judgment which included the following
language: "[a]ll liabilities of First State. . . which are adjudicated in this cause against First
State. . . are hereby adjudged against State National Bank of Lubbock." We agree and
reform our opinion to include the following: we reverse those portions of the judgment 1)
denying Morse recovery upon the jury finding that First State and State National converted
property of Morse and 2) awarding Morse damages against First State and State National
for negligence. We modify the judgment to award Morse the damages found by the jury
in answer to "Question 6 " appearing as a subcategory denominated "Proceeds from Motor
vehicle certificate of title, if any," i.e. $280,098.50 to recompense the conversion. Finally,
in all other things the judgment is affirmed and the motions for rehearing are overruled
except as stated herein.

 

 Brian Quinn

 Chief Justice


Reavis, J., not participating.
1. Don Reavis, Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann.
§75.002(a)(1) (Vernon Supp. 2006).